UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| JAMES C. JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 3:19-cv-0003-GFVT |
| v. | ) ) ) | |
| OFFICER HUFF, et al., | ) ) | **JUDGMENT** |
| Defendants. | ) ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff James C. Johnson's complaint under 42 U.S.C. § 1983 [R. 1] is **DISMISSED**;

2. Judgment is entered in favor of the Defendants with respect to all issues raised in this proceeding;

3. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

4. This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

This the 15th day of April, 2019.

Gregory F. Van Tatenhove
United States District Judge